UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>           v.             )<br>1.  NUEREL CARR,       )<br>2.  MICHAEL MCDONALD, )<br>3.  DONOVAN SORRELL    )<br>                                )<br>        Defendants    )<br>                                ) | CRIMINAL NO. 05CR10016RCL<br>VIOLATIONS:<br><br>21 U.S.C. § 963 - Conspiracy to Import Cocaine<br><br>21 U.S.C. § 952(a) & 960(a)- Unlawful Importation of Cocaine<br><br>18 U.S.C. § 2 - Aiding and Abetting<br><br>21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Cocaine<br><br>18 U.S.C. § 2 - Aiding and Abetting<br><br>21 U.S.C. § 841(a)(1)- Possession with Intent to Distribute Cocaine |

## INDICTMENT

COUNT ONE:     (21 U.S.C. § 963 - Conspiracy to Import Cocaine)

The Grand Jury charges that:

Beginning on or about September 1, 2004 and continuing thereafter until on or November 24, 2004, in Boston and Quincy, in the District of Massachusetts, in Jamaica, West Indies and elsewhere,

        1. NUEREL CARR, and
        3. DONOVAN SORRELL,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to import into the

United States, from a place outside thereof, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 952(a) and 960(a).

The Grand Jury further charges that the conspiracy involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine. Accordingly, 21 U.S.C. § 841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 963.

<u>**COUNT TWO**</u>:     **(21 U.S.C. §952(a) & 960(a)- Unlawful Importation of Cocaine; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about November 23, 2004, at Boston, in the District of Massachusetts,

    **1. NUEREL CARR, and**
    **3. DONOVAN SORRELL**,

defendants herein, did knowingly and intentionally import into the United States, from a place outside thereof, cocaine, a Schedule II controlled substance.

    The Grand Jury further charges that the unlawful importation involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine. Accordingly, 21 U.S.C. § 841(b)(1)(B)(ii) is applicable to this count.

    All in violation of Title 21, United States Code, Sections 952(a) and 960(a) and Title 18, United States Code, Section 2.

**COUNT THREE:**      (21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Cocaine; 18 U.S.C. § 2 - Aiding and Abetting)

The Grand Jury further charges that:

On or about November 24, 2004, at Quincy, in the District of Massachusetts,

    **1. NUEREL CARR, and**
    **2. MICHAEL MCDONALD,**

defendants herein, did knowingly and intentionally possess with intent to distribute, cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the possession with intent to distribute involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine. Accordingly, 21 U.S.C. § 841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT FOUR:**     (21 U.S.C. § 841(a)(1)- Possession with Intent to Distribute Cocaine)

The Grand Jury further charges that:

On or about November 24, 2004, at Quincy, in the District of Massachusetts,

**2. MICHAEL MCDONALD,**

defendant herein, did knowingly and intentionally possess with intent to distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**FORFEITURE ALLEGATION:**   (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 through 4 of this Indictment,

      1. NUEREL CARR,
      2. MICHAEL MCDONALD, and
      3. DONOVAN SORRELL

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants -

    (a)  cannot be located upon the exercise of due diligence;

    (b)  has been transferred or sold to, or deposited with, a third party;

    (c)  has been placed beyond the jurisdiction of the Court;

    (d)  has been substantially diminished in value; or

    (e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property

described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
DAVID G. TOBIN
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS; January 26, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

11:38A

%JS 45 (5/97) - (Revised USAO MA 1/15/04)     05 CR 10016 RCL

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

Place of Offense: __Boston__   Category No. __II__   Investigating Agency __ICE__

City __Boston__   **Related Case Information:**

County __Suffolk__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number __MJ 04-M-282-JLA__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __SORRELL, Donovan__   Juvenile ☐ Yes ☒ No

Alias Name _____

Address __Jamaica__

Birth date (Year only): __1969__  SSN (last 4 #): __NA__  Sex __M__  Race: __Black__   Nationality: __Jamaican__

Defense Counsel if known: __Martin F. Murphy, Esq.__   Address: __150 Federal Street__
__Boston, MA 02110__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__   Bar Number if applicable _____

Interpreter:   ☐ Yes ☒ No     List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

Arrest Date: __November 23, 2004__

☒ Already in Federal Custody as __of November 23, 2004__ in __USMS__ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____   Signature of AUSA: _/s/ David G. Tobin_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    SORRELL, Donovan

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 963 | Conspiracy to Import Cocaine | 1 |
| Set 2 | 21 U.S.C. § 952(a) | Importation of Cocaine | 2 |
| Set 3 | 18 U.S.C. § 2 | Aiding and Abetting | 2 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

$\mathbb{S}$JS 45  (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet                                      U.S. District Court - District of Massachusetts

Place of Offense:  Boston          Category No.  II          Investigating Agency  ICE

City  Boston                       Related Case Information:

County  Suffolk                    Superseding Ind./ Inf. _____   Case No. _____
                                   Same Defendant _____   New Defendant _____
                                   Magistrate Judge Case Number   MJ 04-M-282-JLA
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   MCDONALD, Michael                Juvenile   ☐ Yes   ☒ No

Alias Name  _____

Address   16 Constitution Way, Mattapan, MA

Birth date (Year only):  1963   SSN (last 4 #):  4952   Sex  M   Race:  Black   Nationality: _____

Defense Counsel if known:   Michael M. Moscardelli     Address:  8 Winter Street -12th Fl.
                                                                 Boston, MA 02108
Bar Number: _____

U.S. Attorney Information:

AUSA  David G. Tobin                            Bar Number if applicable _____

Interpreter:       ☐ Yes  ☒ No     List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes   ☒ No

        ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date:   November 24, 2004

☒ Already in Federal Custody as   of November 24, 2004     in   USMS                   .
☐ Already in State Custody _____     ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

Charging Document:     ☐ Complaint      ☐ Information      ☒ Indictment

Total # of Counts:     ☐ Petty ____    ☐ Misdemeanor ____   ☒ Felony   2

                   Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

Date: _____                Signature of AUSA: _____

05 CR 10016 RCL

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     MCDONALD, Michael

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 841(a)(1) | Possession With The Intent To Dist. Cocaine | 3 |
| Set 2  18 U.S.C. § 2 | Aiding and Abetting | 3 |
| Set 3  21 U.S.C. § 841(a)(1) | Possession With The Intent To Dist. Cocaine | 4 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Boston    **Category No.** II    **Investigating Agency** ICE

**City** Boston    **Related Case Information:**

**County** Suffolk    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    MJ 04-M-282-JLA
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    CARR, Neurel    Juvenile    ☐ Yes    ☒ No

Alias Name    (1) Frederick D. Brown; (2) Cox

Address    310 Northwest 22nd Street, Miami, Florida

Birth date (Year only): 1946    SSN (last 4 #): 7680    Sex M    Race: Black    Nationality: _____

Defense Counsel if known:    Edward L. Hayden    Address: 7 Franklin Street
                                                            Boston, MA 01902
Bar Number: _____

**U.S. Attorney Information:**

AUSA    David G. Tobin    Bar Number if applicable _____

Interpreter:    ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED:    ☐ Yes    ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:    November 24, 2004

☒ Already in Federal Custody as    of November 24, 2004    in    USMS    .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____    on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _____    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     CARR, Neurel

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 963 | Conspiracy to Import Cocaine | 1 |
| Set 2 | 21 U.S.C. § 952(a) | Importation of Cocaine | 2 |
| Set 3 | 18 U.S.C. § 2 | Aiding and Abetting | 2 |
| Set 4 | 21 U.S.C. § 841(a)(1) | Possession With Intent to Distribute Cocaine | 3 |
| Set 5 | 18 U.S.C. § 2 | Aiding and Abetting | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: