UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 05-10016-RCL |
| | ) | |
| v. | ) | **VIOLATIONS:** |
| | ) | |
| 1) NUEREL CARR, | ) | 21 U.S.C. § 963 - Conspiracy to |
| 2) MICHAEL MCDONALD, | ) | Import Cocaine |
| 3) DONOVAN SORRELL, | ) | |
| Defendants. | ) | 21 U.S.C. §§ 952(a) & 960(a) - |
| | ) | Unlawful Importation of Cocaine |
| | ) | |
| | ) | 18 U.S.C. § 2 - Aiding and Abetting |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) - Possession |
| | ) | With Intent to Distribute Cocaine |
| | ) | |
| | ) | 21 U.S.C. § 853 - Criminal |
| | ) | Forfeiture |

**UNITED STATES' BILL OF PARTICULARS
FOR FORFEITURE OF ASSETS**

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

The Forfeiture Allegation of the Indictment seeks the forfeiture, pursuant to 21 U.S.C. § 853 as a result of the offenses alleged in Counts One through Four of the Indictment, of any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, including, but not limited to the following:

1)     one 2000 Nissan Pathfinder, Vehicle Identification No. JN8AR07Y2YW423553, seized from Michael McDonald, on or about November 24, 2004.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                           By:   /s/ Shelbey D. Wright
                                DAVID G. TOBIN
                                SHELBEY D. WRIGHT
                                Assistant U.S. Attorneys
                                1 Courthouse Way, Suite 9200
                                Boston, MA  02210
                                (617) 748-3100

Dated:   March 23, 2005


CERTIFICATE OF SERVICE

    I certify that I have served a true copy of the foregoing upon John M. Moscardelli, Esquire, Peters & Moscardelli, Eight Winter Street, 12th Floor, Boston, Massachusetts 02108, as counsel for Defendant Michael McDonald, by first class mail, postage prepaid.

                                    /s/ Shelbey D. Wright
                                    Shelbey D. Wright
                                    Assistant U.S. Attorney

Dated:   March 23, 2005