UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHAEL McDONALD, et al )<br>) | Criminal No. 05-10016-RCL |

### DEFENDANTS' JOINT MOTION TO CONTINUE FINAL STATUS CONFERENCE

Defendants, Michael McDonald and Nuerell Carr move, with the assent of the Government, that the final Status Conference and the deadline for filing dispositive motions on the above-captioned case, presently scheduled for Thursday, June 30, 2005, at 11:30 a.m., be continued until Tuesday, July 26, 2005, at 3:30 p.m., or any other date convenient to the Court's calendar.

In support of said motion, Defendant Carr's attorney is ill and unlikely to be available to attend the presently scheduled Status Conference.

Therefore, rather than the Court holding a separate Status Conference for each defendant, given the unavailability of the Defendant Carr's counsel, all parties are in agreement that the matter be continued. Both defendants assent to any "excludable time" calculations caused by their seeking this continuance.

6/28/05 [signature], M.J. Allowed

1

*[signature]*
HAROLD H. HAKALA,
BBO #216940
Law Offices of Harold H. Hakala
15 Court Square
Boston, MA 02108
Tel. (617) 742-1740
Attorney for Defendant Nuerel Carr

*[signature]*
JOHN M. MOSCARDELLI,
BBO #357340
Peters & Moscardelli
Eight Winter Street, 12th Floor
Boston, MA 02108
Tel. (617) 423-6222
Attorney for Defendant Michael McDonald

Assented To:

*[signature]*
DAVID G. TOBIN,
BBO#
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
Tel. (617) 748-3239
Attorney for United States

DATED: June 28, 2005

**CERTIFICATE OF SERVICE**

I, JOHN M. MOSCARDELLI, counsel for the defendant, Michael McDonald hereby certify that I have this day served a copy of the foregoing motion upon Assistant United States Attorney David G. Tobin of the United States Attorney's Office, United States District Court, One Courthouse Way, Suite 9200, Boston, MA 02210 by faxing the same.

2