UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) ) | Criminal No. 05-10016-RCL |
| MICHAEL McDONALD | ) ) ) ) | |

## DEFENDANT'S MOTION TO SUPPRESS

Defendant Michael McDonald respectfully moves, pursuant to the Fourth Amendment of the United States Constitution and Fed. R. Crim. P. 12 and 41, to suppress all statements made and all evidence seized, as a result of a stop and warrantless search of the defendant and his motor vehicle November 24, 2004. Defendant submits with this motion a preliminary memorandum of law.

Since defendant was arrested without a warrant, the government has the burden of showing that the challenged police conduct was lawful. *United States v. Cruz Jimenez*, 894 F.2d 1, 6 (1st Cir. 1990). Defendant reserves the right to amend or supplement this motion in response to the government's reply and to the extent that additional discovery and investigation make necessary.

## REQUEST FOR EVIDENTIARY HEARING

Defendant respectfully requests an evidentiary hearing on this motion.

MICHAEL McDONALD
By his attorney,

_____
JOHN M. MOSCARDELLI, BBO #357340
Peters & Moscardelli
Eight Winter Street, 12th Floor
Boston, MA 02108
Tel. (617) 423-6222

DATED: 7/20/05

### Certificate of Service

I, JOHN M. MOSCARDELLI, counsel for the defendant, Michael McDonald, hereby certify that I have this day served a copy of the foregoing motion upon Assistant United States Attorney David G. Tobin of the United States Attorney's Office, United States District Court, One Courthouse Way, Suite 9200, Boston, MA 02210 by mailing the same, postage pre-paid.

_____
JOHN M. MOSCARDELLI