UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. _____

UNITED STATES OF AMERICA

v.

Neurel Carr
Michael McDonald

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On _July 26, 2005_, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. Features of case that deserve special attention or modification of the standard schedule __NONE__

2. (a) Discovery status and pending motions __Defense has requested paperwork from laboratory pertaining to testing of the alleged cocaine__

(b) If discovery is not complete, indicate if case will remain with the Magistrate Judge until discovery is complete __yes__

3. Supplemental discovery anticipated __NONE__

4. (a) Total amount of time ordered excluded under the Speedy Trial Act __Exclude delay all days except May 14th - June 29th__

1

(b) Amount of time remaining under the Speedy Trial Act before trial must commence __22 Days__

(c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act __Motion to Suppress__

5. (a) The defendant does / ~~does not~~ intend to raise a defense of insanity.
   (b) The defendant does / ~~does not~~ intend to raise a defense of public authority.

6. The Government ~~has~~ / has not requested notice of alibi by the defendant. If notice has been requested, the defendant has ~~has not~~ timely responded.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial __Motion to Suppress Filed on behalf of Defendant McDonald__

(b) Briefing schedule established __Not as of yet__

8. Need for schedule concerning any matter in the case other than trial __Motion to Suppress hearing__

9. Possibility of early resolution of case without trial __Plea negotiations have not been initiated.__

10. Trial is / ~~is not~~ necessary. Estimated duration of trial __1 week__

11. Other matters __None__

_____ | _____
_____ | _____
_____ | _____
_____ | _____

IT IS HEREBY ORDERED THAT

_____ | _____
_____ | _____
_____ | _____
_____ | _____
_____ | _____
_____ | _____
_____ | _____

By the Court,

Date_____

_____
Deputy Clerk

3