# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-1375

UNITED STATES

Appellant

v.

MICHAEL MCDONALD

Defendant - Appellee

**JUDGMENT**

Entered: June 12, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk.

Deputy Clerk

Date: 6/12/06

[cc: John M. Moscardelli, Esq., Donald L. Cabell, AUSA, Dina Michael Chaitowitz, AUSA]