```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )
                            )
MICHAEL MCDONALD            )    CR. NO. 05-10016-RCL
                            )
```

**GOVERNMENT'S ASSENTED-TO MOTION TO CONTINUE TRIAL**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court continue the trial by one week, from October 30 to November 6, 2006, to accommodate a conflict in the undersigned AUSA's schedule.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                  By:

                         /s/Donald L. Cabell
                         DONALD L. CABELL
                         Assistant U.S. Attorney
```