```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )
                                )
MICHAEL MCDONALD                )      CR. NO. 05-10016-RCL
                                )
```

## GOVERNMENT'S MOTION TO AMEND TRIAL ORDER
## TO REFLECT NEW TRIAL DATE

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant U.S. Attorney Donald L. Cabell, hereby moves that the Court extend by one week the dates on which it has ordered the disclosure or submission of trial related matters, *e.g.*, jury instructions, witness and exhibits lists, etc. In support of the motion, the various dates set forth in the Court's Pretrial Order flow from the trial date itself. Because the Court is inclined to continue the trial to November 6, 2006, on the government's motion, amending the Order to be consistent with the new date would be reasonable and appropriate. Moreover, the undersigned begins a two-defendant trial on October 11, 2006, in the matter of United States v. Pina et al, Cr. No. 04-10195-PBS, and then an arson trial in the matter of United States v. Michael Vaccaro, Cr. No. 05-10135-NMG on October 30, 2006, and would respectfully request the additional time to comply with the Court's Order in light of these and other obligations. The government is not asking the Court to change the final pretrial conference date of October 27,

2006.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:

                    /s/Donald L. Cabell
                    DONALD L. CABELL
                    Assistant U.S. Attorney