UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA            )
                                    )
    v.                              )    Criminal No. 05-10016-RCL
                                    )
MICHAEL MCDONALD,                   )
                                    )
        Defendant.              )
_____

**NOTICE OF APPEARANCE**

    Please enter my appearance as counsel in this case for the United States of America.

    I certify that I am admitted to practice in this Court.

October 26, 2006                    /s/Jeremy M. Sternberg
                                    Jeremy M. Sternberg
                                    Assistant U.S. Attorney
                                    U.S. Attorney's Office
                                    One Courthouse Way
                                    Boston, MA 02210
                                    Tel: 617 748 3142
                                    Fax: 617 748 3675