UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL NO. |
| v. | ) | |
| | ) | NO. 05-10016-RCL |
| **MICHAEL MCDONALD** | ) | |

### GOVERNMENT'S EXHIBIT LIST

Comes now the United States of America, by Michael J. Sullivan, United States Attorney, and Donald L. Cabell and Jeremy M. Sternberg, Assistant United States Attorneys for the District of Massachusetts, and files this Exhibit List as follows:

1. Pictures of Nonni Juice Bottles seized by law enforcement from Donovan Sorrell on 11/23/04;

2. Cocaine seized by law enforcement on 11/24/04 from co-defendant Neurel Carr;

3. Plea and Cooperation Agreement between United States and Donovan Sorrell;

4. Michael McDonald's DMV records for Nissan Pathfinder he was driving on 11/24/04;

5. Quincy (Massachusetts) Best Western Hotel documents showing stay by Donovan Sorrell in October 2004 and November 2004;

6. United States Immigration documents showing Donovan Sorrell's travel to the United States in September 2004, October 2004 and November 2004;

7.  Donovan Sorrell's Miranda waiver;

8.  Photos of Quincy Best Western Hotel.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

                     By: /s/Jeremy M. Sternberg
October 31, 2006           DONALD L. CABELL
                              JEREMY M. STERNBERG
                              ASSISTANT UNITED STATES ATTORNEYS
                              United States Courthouse
                              1 Courthouse Way
                              Suite 9200
                              Boston, MA 02210
                              617/748-3100

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                              /s/Jeremy M. Sternberg
                                              Jeremy M. Sternberg
                                              Assistant U.S. Attorney