UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | |
| V. | ) | Criminal No. 05-10016-RCL |
| | ) | |
| | ) | |
| **MICHAEL MCDONALD** | ) | |
| | ) | |

**GOVERNMENT'S WITNESS LIST**

The United States of America, by and through Assistant United States Attorneys Donald L. Cabell and Jeremy M. Sternberg, hereby provides its witness list:

1. James Bailey, Customs and Border Protection, Boston, MA

2. Representative/Recordkeeper of Best Western Hotel, Quincy, MA

3. Representative of Massachusetts Registry of Motor Vehicles

4. Special Agent Peter Darling, ICE

5. Representative of Drug Enforcement Administration

6. Donovan Sorrell, Jamaica

7. Neurel Carr, Philipsburg, PA

8. Thomas Coffey, Massachusetts State Police

9. Peter Pasciucco, MBTA Police

10. Mark Marron, Massachusetts State Police

11. Michael Feeney, Boston Police

12. Representative/Recordkeeper, Immigration and Customs Enforcement

```
                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

October 31, 2006             By:    /s/Jeremy M. Sternberg
                                    DONALD L. CABELL
                                    JEREMY M. STERNBERG
                                    Assistant U.S. Attorneys
```

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

```
                                    /s/Jeremy M. Sternberg
                                    Jeremy M. Sternberg
                                    Assistant U.S. Attorney
```