UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| ) | |
| V. ) | Criminal No. 05-10016-RCL |
| ) | |
| ) | |
| **MICHAEL MCDONALD** ) | |
| ) | |

### STIPULATION

The parties hereby stipulate to the admissibility of the following facts, and agree that this Stipulation shall be read to and provided to the jury during the trial of this matter:

1. On November 24, 2004, a quantity of cocaine was seized by agents from the United States Immigration and Customs Enforcement Agency from Neurel Carr upon his arrest at the Quincy Best Western.

2. The cocaine that was seized was contained in a bottle of liquid bearing the label Nonni Juice.

3. The cocaine was sent by agents from Immigration and Customs Enforcement to the United States Drug Enforcement Administration for chemical analysis.

4. Chemists from the United States Drug Enforcement Administration analyzed the cocaine and found, as of January 11, 2005, that it had a weight of 989.4 grams and had a purity of 76 percent.

So Stipulated:

          MICHAEL J. SULLIVAN
          United States Attorney

By: /s/ Jeremy M. Sternberg
    DONALD L. CABELL
    JEREMY M. STERNBERG
    Assistant U.S. Attorneys

    MICHAEL MCDONALD

By: /s/John M. Moscardelli by JMS
    w/permission
    JOHN M. MOSCARDELLI
    Peters & Moscardelli
    Eight Winter St.
    Boston, MA 02108