```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
                                        )
UNITED STATES OF AMERICA                )
                                        )
        v.                              )   CR. NO. 05-10016-RCL
                                        )
MICHAEL MCDONALD                        )
                                        )
```

**INFORMATION**

Pursuant to 21 U.S.C. § 851, the government files this Information giving notice that, at the time of the sentencing for the defendant Michael McDonald, the government will seek increased punishment by reason of the following criminal convictions, all of which were sustained in the Dorchester District Court:

1. A May 17, 2004 conviction for possession with intent to distribute a Class D substance;

2. A March 26, 1996 conviction for possession with intent to distribute a Class B substance; and

3. A November 9, 1989 conviction for possession with intent to distribute a Class B substance.

                                         Respectfully submitted,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney

                                 By: /s/Donald L. Cabell
                                         DONALD L. CABELL
                                         JEREMY STERNBERG
                                         Assistant U.S. Attorneys

<u>Certificate of Service</u>

I do hereby certify that a copy of the foregoing opposition was served upon John Moscardelli by electronic notice on this 5th day of November 2006.

<u>/s/ Donald L. Cabell</u>
Donald L. Cabell
Assistant U.S. Attorney
