UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA            )
                                   )
    v.                              )    Criminal No. 05-10016-RCL
                                   )
MICHAEL McDONALD                    )
                                   )
_____)


**DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL**

      Defendant, Michael McDonald, moves, pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure, that the Court enter a judgment of acquittal on each count of the above-numbered indictment. In support of said motion, defendant states that the evidence presented by the Government is insufficient to sustain a conviction on any of the counts charged.

                                                        MICHAEL McDONALD  
                                                        By his attorney,

                                                        */s/ John M. Moscardelli*  
                                                        _____  
                                                        JOHN M. MOSCARDELLI, BBO #357340  
                                                        Peters & Moscardelli  
                                                        Eight Winter Street, 12th Floor  
                                                        Boston, MA  02108  
                                                        Tel. (617) 423-6222

DATED:  November 13, 2006

Certificate of Service

  I, JOHN M. MOSCARDELLI, counsel for the defendant, Michael McDonald, hereby certify that I have this day served a copy of the foregoing motion upon Assistant United States Attorney Donald Cabell of the United States Attorney's Office, United States District Court, One Courthouse Way, Suite 9200, Boston, MA  02210 by electronic mail.

               */s/ John M. Moscardelli*
               _____
               JOHN M. MOSCARDELLI