```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )    CRIMINAL NO. 05-10016-RCL
                            )
     v.                     )
                            )    VIOLATION:
                            )
MICHAEL MCDONALD            )    Conspiracy to Possess
                            )    Cocaine with the Intent
                            )    to Distribute
                            )    18 U.S.C. §371
```

**SUPERSEDING INFORMATION**

<u>COUNT ONE</u>:  Conspiracy to Possess Cocaine with the Intent
              to Distribute - 18 U.S.C. §371

The United States Attorney charges that:

On or about November 24, 2004 at Quincy, in the District of Massachusetts,

**MICHAEL MCDONALD,**

defendant herein, did willfully and knowingly, combine, conspire, confederate, and agree with another to commit an offense against the United States, namely, to knowingly and intentionally possess with intent to distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (a)(1).

In furtherance of the conspiracy and agreement, Michael McDonald committed various overt acts in the District of Massachusetts, including, among others, the following:

1. On or about November 24, 2004, the defendant drove an individual named Nuerel Carr to the Best Western Hotel in Quincy, Massachusetts, so that Nuerel Carr could obtain cocaine from an

individual named Donovan Sorrell.

All in violation of Title 18, United States Code, Section 371.

FORFEITURE ALLEGATION (21 U.S.C. §853)

The United States Attorney further charges that:

1.  As a result of the offenses alleged in Count 1 of this Superseding Information,

**MICHAEL MCDONALD,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.  If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

By:

                        /s/ Donald L. Cabell
                        DONALD L. CABELL
                        JEREMY STERNBERG
                        Assistant U.S. Attorneys

February 16, 2007

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** II     **Investigating Agency** ICE

**City** Boston     **Related Case Information:**

**County** Suffolk     Superseding Ind./ Inf. XXXXXX    Case No. 05-10016-RCL
Same Defendant XXXXXX    New Defendant _____
Magistrate Judge Case Number MJ 04-M-282-JLA
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Michael McDonald     Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   16 Constitution Way, Mattapan

Birth date: 1963    SS#: 4952    Sex: M    Race: Black    Nationality: _____

Defense Counsel if known:   John M. Moscardelli     Address: 8 Winter St., Boston, MA 02108

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Donald L. Cabell     Bar Number if applicable _____

Interpreter:   ☐ Yes   ☒ No    List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

Arrest Date:   November 24, 2004

☒ Already in Federal Custody as   of November 24, 2004   in   P.C.C.F.
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:   ☐ Complaint    ☒ Information    ☐ Indictment

Total # of Counts:   ☐ Petty ___    ☐ Misdemeanor ___    ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: February 16, 2007     Signature of AUSA: _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Michael McDonald

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §371 | Conspir. To Poss. Cocaine W/Intent to Dist. | 1 |
| Set 2  21 U.S.C §853 | Forfeiture Allegation | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**    ICE

michael mcdonald js45 information.wpd - 3/13/02