Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )   Criminal No. 05-10016
)
Michael McDonald )
)

### WAIVER OF INDICTMENT

I, Michael McDonald, the above-named defendant, who is accused of Conspiracy to possess cocaine with intent to distribute, in violation of 18 U.S.C. § 371, being advised of the nature of the charge(s), the proposed information, and my rights, hereby waive in open court on March 15, 2007 prosecution by indictment and consent that

(Date)

the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
Judicial Officer

3/15/07