UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 05-10016-RCL |
| ) | |
| MICHAEL MCDONALD ) | |

**DISMISSAL OF INDICTMENT**

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the defendant Michael McDonald from Counts Two and Three of the Indictment, which charges him in each count with possessing cocaine with the intent to distribute, in violation of 21 U.S.C. §841(a)(1). In support of the dismissal, the government states that, pursuant to a plea agreement, Michael McDonald has pleaded guilty to a Superseding Information, upon which judgment has entered, and the dismissal is thus in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/Donald L. Cabell
DONALD L. CABELL
JEREMY STERNBERG
Assistant U.S. Attorneys