

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 05-10016-RCL |
|---|---|
| DEFENDANT(s)<br>MICHAEL MCDONALD | TYPE OF PROCESS<br>PRELIMINARY ORDER OF FORFEITURE |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize

**John M. Moscardelli, Esquire**

Address (Street or RFD / Apt. # / City, State, and Zip Code)

Peters & Moscardelli, Eight Winter Street, Suite 12, Boston, MA 02108

Send NOTICE OF SERVICE copy to Requester:
KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

| Number Of Process To Be Served In This Case. | |
| Number Of Parties To Be Served In This Case. | |
| Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-named individual by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>July 24, 2007 |
|---|---|---|---|
| *Kristina E. Barclay/LJT* | | | |
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ___ | District to Serve No. ___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc. At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>PLEASE SEE REMARKS | Time of Service | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | | Sept 7, 2007 |

**REMARKS:**

The above-described Preliminary Order was served by certified mail number 70012510000342995686. Delivered on 8/4 per Postal receipt. Copy of the Postal receipt is attached. Served as directed above.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY

