

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 05-10016-RCL |
|---|---|
| DEFENDANT(s)<br>**MICHAEL MCDONALD** | TYPE OF PROCESS<br>**PRELIMINARY ORDER OF FORFEITURE** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>PUBLICATION |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the <u>Boston Herald</u> or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture and applicable law.
LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of  [X] Plaintiff<br>[ ] Defendant<br>*Kristina E. Barclay/LJT* | Telephone No.<br>(617) 748-3100 | Date<br>July 24, 2007 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service: PLEASE SEE REMARKS | Time of Service [ ] AM [ ] PM |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | Sept 7, 2007 |

**REMARKS:**
The above-described Notice was published as directed above in the <u>Boston Herald</u> newspaper on August 6, 13 and 20, 2007. Copy of Publisher's Certificate is attached.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts } ss.
County of Suffolk

On this ___6th___ day of ___September___ A.D. 20 _07_ personally appeared before the undersigned, a Notary Public, within and for the said county, ___Lisa Pupillo___ of the ___Boston Herald___ a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the ___Notice of Forfeiture #05-10016-RCL___ advertisement was published in said newspaper in its issues of

___August 6, 13, 20___ A.D. 20 _07_

___Lisa Pupillo___

Subscribed and sworn to before me this ___6th___ day of ___September___ A.D. 20 _07_

___Barbara Lundbohm___
Notary Public

My Commission Expires
November 1, 2013

---

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, ss.
NOTICE OF ORDER OF FORFEITURE

Criminal Action No. 05-10016-RCL.

United States of America, District of Massachusetts, at Boston, Massachusetts, June 18, 2007.

Notice is hereby given that a Preliminary Order of Forfeiture has been entered in the United States District Court against the interest of Defendant Michael McDonald in the following property, pursuant to Title 21, United States Code, Section 853 (n)(1):

One 2000 Nissan Pathfinder, Vehicle Identification No. JN8AR07Y2YW423553, seized from Michael McDonald on or about November 24, 2004 (the "Nissan Pathfinder").

Pursuant to 21 U.S.C. § 853(n) (2) and (3), any person, other than the Defendant, having or claiming to have a legal interest in the Nissan Pathfinder may, within thirty (30) days of the final publication of this notice or receipt of this notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of the petitioner's alleged interest in the Nissan Pathfinder. The petition must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210, within the thirty (30) day period provided under 21 U.S.C. § 853(n). The petition shall be signed by the petitioner under the pains and penalties of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited Nissan Pathfinder, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought. Upon adjudication of all third party interests, the Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853, in which all such interests will be addressed.

PORT DIRECTOR - 2005041700003301
U.S. CUSTOMS AND BORDER PROTECTION
DISTRICT OF MASSACHUSETTS       Aug 6, 13, 20